```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-0204-AWI |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| RAMIRO BARRAGAN, ) | |
| IGNACIO CALDERON, ) | |
| ZEBEDEE WHITE, ) | |
| JASON LEE, ) | |
| EDGAR BARRAGAN, ) | |
| HUMBERTO LLERENA, ) | |
|   aka "El Cuba," ) | |
| MARIA ALEJANDRINA ORCI-ROMERO,) | |
| FRANCISCO TORRES, ) | |
|   aka "El Topo." ) | |
| JORGE ISLAS, and ) | |
| SEILA MELGOZA, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter comes before the Court on the motion of the United States for an Order authorizing the government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case. For the reasons provided in the government's motion, the Court makes the following order:

    IT IS HEREBY ORDERED that the United States and its agencies, including the DEA and/or the U.S. Marshals Service, are authorized to maintain and preserve the following asset until the conclusion of the instant criminal case, or pending further Order of this Court:

    a)   2003 Cadillac Escalade, VIN: 1GYEC63TX3R188297.

IT IS SO ORDERED.

**Dated:   December 9, 2005**　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2