**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852


ATTORNEYS FOR  Defendant,
                IGNACIO CALDERON


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-00204 AWI |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE** |
| | **and** |
| IGNACIO CALDERON, et al., | **O R D E R** |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the hearing currently on calendar for Monday, December 11, 2006, at 11:00 a.m., be continued to December 18, 2006, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant CALDERON, due to the fact that said counsel will be out of town on Monday, December 11, 2006.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KAREN ESCOBAR, who has no objection to this continuance.

DATED: December 8, 2006.          NUTTALL & COLEMAN

                                  /S/ MARK W. COLEMAN

                        By: _____
                                  MARK W. COLEMAN
                                  Attorneys for Defendant

DATED: December 8, 2006.

                              /s/ KAREN ESCOBAR

                    By: _____
                        KAREN ESCOBAR
                        Assistant U.S. Attorney


# **O R D E R**

IT IS SO ORDERED.

**Dated:   December 8, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                             UNITED STATES DISTRICT JUDGE